JLS:nab
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.   Case No. 20-mj-344 BRT

MATTHEW LEE RUPERT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Matthew Lee Rupert
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

move and travel in interstate and foreign commerce from the State of Illinois to Minneapolis, Minnesota, and elsewhere, and use a facility of interstate commerce, to organize, promote, encourage, participate in, and carry on a riot; interfere with any law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce; knowingly possess a firearm— namely, a commercial item with a cylindrical container, hobby fuse, and a main charge capable of exploding (destructive device), which is not registered to him in the National Firearms Registration and Transfer Record,

all in violation of Title 18, United States Code, Sections 231(a)(3), Title 18, United States Code, Section 2101, and Title 26, United States Code, United States Code, Sections 5845(f), 5861(d), and 5871.

Date: June 1, 2020

*Issuing officer's signature*

City and state:   St, Paul, MN

Becky R. Thorson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*