UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 20-mj-344 (BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF LINDA RUPERT** |
| MATTHEW LEE RUPERT, | ) |
| Defendant. | ) |

Your Declarant, Linda Rupert, deposes and states:

1. I am the mother of Matthew Rupert, the Defendant in the above-captioned case. I submit this Declaration in support of his release from detention.

2. Matthew has lived with me for his whole life. He currently lives at my home in Galesburg, Illinois, along with his fiance. We have always lived in the same town.

3. I request that Matthew continue to live at our house while his court proceedings are continuing. I do not believe he would have any problem following any rules from the court or returning to Minnesota for his court hearings. I would also cooperate with any sort of monitoring arranged by the Court to make sure Matthew stays home and follows any rules.

4. Matthew's absence from our home will cause great hardship for me because I depend on him for care and support.

5. I previously had a knee replacement, and am scheduled for surgery next month to repair pinched nerve in my back. I have trouble walking just from my bedroom to the kitchen,

and cannot walk for any distance. I cannot stand for a long period of time. I spend my days sitting in a chair.

6. I depend on Matthew to do all of our grocery shopping and any other errands. I also need Matthew to drive me to all of my doctor appointments which are located in Peoria, Illinois, an hour away. I have no one else with both a driver's license and a vehicle who can take care of these needs.

7. I also depend on Matthew for financial support. I receive disability payments which cover the rent but not much more. Matthew pays for utility bills, groceries and other basic needs.

8. I have not seen Matthew engaging in any violence and do not believe that he is violent person. I am sure he will not present any danger to anyone while staying at the house or going to work.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 7 day of June, 2020.

Linda Rupert