CR 20·104 NEBTNL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 231(a)(3) |
| v. | 18 U.S.C. § 844(i) |
| | 18 U.S.C. § 2101(a) |
| MATTHEW LEE RUPERT, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**AT TIMES RELEVANT TO THIS INDICTMENT:**

1.      On May 25, 2020, George Floyd died while in the custody of the Minneapolis Police Department. The nature and circumstances of Mr. Floyd's arrest, subsequent death, and the actions of the Minneapolis Police Department came under intense public scrutiny.  Almost immediately following Mr. Floyd's death, public protests began in Minneapolis and expanded throughout the Twin Cities. Since that time, these predominately peaceful protests have continued in the Minneapolis area and throughout the United States and elsewhere.

2.      In addition to peaceful protests, civil disorders occurred in Minneapolis and around the Twin Cities. These civil disorders included acts of violence, arson, looting, and other malicious damage to property. Large numbers of law enforcement officers and the National Guard were deployed in an effort to quell these civil disorders and protect those individuals engaged in peaceful protests.  These civil disorders caused damage to numerous businesses engaged in interstate commerce, and thus obstructed, delayed, and adversely affected interstate commerce. These civil


SCANNED
JUN 10 2020
U.S. DISTRICT COURT MPLS

United States v. Matthew Lee Rupert

disorders also obstructed, delayed, and adversely affects a federally protected function.

3.      On or about May 28, 2020, Matthew Lee RUPERT—a resident of Galesburg, Illinois—posted to one of his Facebook Accounts "I'm going to Minnesota tomorrow who coming only goons I'm renting hotel rooms."   Earlier that same evening, RUPERT posted other messages to his Facebook Account referencing the public protests occurring in the Twin Cities following the death of Mr. Floyd.

4.      On or about May 29, 2020, at 7:54 p.m., RUPERT posted a video to his Facebook Account indicating that he was in Minneapolis, Minnesota.   The video —filmed by RUPERT holding his own cell phone—was marked as a "live" video and lasted approximately 2 hours and 6 minutes.   The video depicts RUPERT passing out explosive devices he indicates he possessed, encouraging others to throw his explosive devices at law enforcement officers responding to the public protests, actively damaging public property, claiming to light a building on fire, and looting businesses in Minneapolis.

5.      For example, RUPERT'S video depicted the following:

- At timestamp 0:01, RUPERT stated "There are SWAT trucks up there.   They got SWAT trucks up there . . . I've got some bombs if some of you all want to throw them back . . . bomb them back . . . here I got some more . . . light it and throw it."   RUPERT made these statements as he handed out an item with brown casing and a green wick to other individuals.

United States v. Matthew Lee Rupert

- At timestamp 0:31, RUPERT stated "Light that bitch and throw it at them." Another unknown male then lit an explosive and threw it. RUPERT goes on to state "he's throwing my bombs" . . . "they're going to bomb the police with them." Shortly thereafter, an explosion is audible in the video and RUPERT repeatedly yelled "good shot my boy" and "Fuck 12."[1] At time stamp 5:11, RUPERT stated "we came to riot."

- At timestamp 41:15, RUPERT stated "Let's go fuck up the liquor store." RUPERT provided a tool that is used to pry a plywood board loose. Shortly thereafter, at time stamp 42:14, RUPERT stated "We need to start on a different board." Rupert volunteered to go into the structure and then confirmed the liquor store was empty.

- At time stamp 1:41:40, RUPERT asked for lighter fluid. RUPERT then entered a Sprint store and, at time stamp 1:45:17, RUPERT stated, "I lit it on fire." RUPERT then goes to a nearby Office Depot and, at time stamp 1:52:54, stated "I'm going in to get shit." At time stamp 1:54:59, RUPERT records himself taking items from the store.

---

[1]   The term "Fuck 12" is a derogatory phrase often directed at law enforcement officers.

United States v. Matthew Lee Rupert

## COUNT 1
### (Civil Disorder)

6.     Paragraphs 1 through 5 are incorporated by reference as if fully set forth herein.

7.     On or about May 29, 2020, in the State and District of Minnesota, the defendant,

**MATTHEW LEE RUPERT,**

did knowingly commit acts to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder, which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function, all in violation of Title 18, United States Code, Section 231(a)(3).

## COUNT 2
### (Riot)

8.     Paragraphs 1 through 5 are incorporated by reference as if fully set forth herein.

9.     On or about May 29, 2020, in the State and District of Minnesota, the defendant,

**MATTHEW LEE RUPERT,**

did move and travel in interstate commerce from Galesburg, Illinois, to Minneapolis, Minnesota, with intent (1) to incite a riot, (2) to organize, promote, encourage, participate in, and carry on a riot, (3) to commit an act of violence in furtherance of a

4

United States v. Matthew Lee Rupert

riot, and (4) to aid and abet any person in inciting and participating in or carrying on a riot and committing any act of violence in furtherance of a riot; and during the course of such travel or thereafter performed or attempted to perform any other overt act. Overt acts include, but are not limited to, that on or about May 29, 2020, **MATTHEW LEE RUPERT** incited, promoted, encouraged, participated in, and carried on a riot, committed acts of violence in furtherance of a riot, and aided and abetted other persons inciting and participating in and carrying on a riot and committing acts of violence in furtherance of a riot, all in violation of Title 18, United States Code, Section 2101(a).

## COUNT 3
(Arson)

10.    Paragraphs 1 through 5 are incorporated by reference as if fully set forth herein.

11.    On or about May 29, 2020, in the State and District of Minnesota, the defendant,

### MATTHEW LEE RUPERT

while aiding and abetting others, and being aided and abetted by others—known and unknown to the Grand Jury—did maliciously damage by means of fire, the Sprint Store located at 3009 Nicollet Avenue in Minneapolis, Minnesota 55408, a building used in interstate commerce, all in violation of Title 18, United States Code, Sections 2 and 844(i).

United States v. Matthew Lee Rupert

## **FORFEITURE ALLEGATIONS**

If convicted of Counts 1, 2, or 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, destructive devices, ammunition, and accessories involved in, connected with, or used in the commission of such violations.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                    FOREPERSON