LAW OFFICE OF
# JORDAN S. KUSHNER

\*

TELEPHONE: (612) 288-0545
FACSIMILE: (612) 288-0546

431 SOUTH 7TH STREET, SUITE 2446
MINNEAPOLIS, MINNESOTA 55415
jskushner@gmail.com

July 7, 2020

**FILED VIA CM/ECF**

Honorable Tony N. Leung
United States Magistrate Judge
U.S. Courthouse, 9W
300 South 4th Street
Minneapolis, MN 55415

Re:   United States v. Matthew Lee Rupert
      Federal Criminal Case No. 20-104 (NEB/TNL)

Dear Magistrate Judge Leung:

This letter is filed in response to the Court's request by email to indicate whether Mr. Rupert consents to the motions hearing currently scheduled on July 30, 2020 to be held by videoconference in the event that the Court is unable to proceed with in-person hearings by that time. Mr. Rupert requests the hearing in-person. However, if a live hearing will require Mr. Rupert to be subsequently quarantined in the jail for the next two weeks as is the current practice, he would consent to and request that the hearing be held by video conference. It is my understanding from the Sherburne County Jail administration that inmates will **not** be quarantined after live court hearings resume. As long as that continues to be the case, Mr. Rupert does **not** consent to a video conference hearing.

Hopefully this position is sufficiently clear to enable the Court to determine how to proceed. Please feel free to contact me if any further clarification is needed.

Sincerely,

Jordan S. Kushner

cc:   Ms. Angela Munoz and Mr. Jordan Sing (via CM/ECF)
      Mr. Matthew Rupert