UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-104 (NEB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S NOTICE OF** |
| vs. ) | **INTENT TO CALL WITNESSES** |
| ) | |
| MATTHEW LEE RUPERT, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that Defendant Matthew Lee Rupert, through undersigned counsel, pursuant to Local Rule 12.1(c)(3), hereby provides notice of intent to call witnesses at the pretrial motions hearing scheduled on September 30, 2020. Defendant may call a witness regarding the Supplemental Motion to Suppress Evidence Seized from Search of House (Doc. 36) and possibly an authentication witness as to property related to said motion. The estimated duration of the first witness is approximately 20 minutes, and the second witness would be approximately 5 minutes.

Dated:  August 30, 2020                              LAW OFFICE OF JORDAN S. KUSHNER

                                                   By  s/Jordan S. Kushner
                                                       Jordan S. Kushner, ID 219307
                                                       Attorney for Defendant
                                                       431 South 7th Street, Suite 2446
                                                       Minneapolis, Minnesota  55415
                                                       (612) 288-0545