# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: TONY N. LEUNG |
| v. | U.S. MAGISTRATE JUDGE |
| MATTHEW LEE RUPERT, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 20-cr-104 NEB/TNL |
| Date: | September 30, 2020 |
| Courthouse: | St. Paul |
| Courtroom: | Devitt Courtroom |
| Court Reporter: | Lynne Krenz |
| Time Commenced: | 9:19 AM |
| Time Concluded: | 9:23 AM |
| Sealed Hearing Time: | -- |
| Time in Court: | 4 Minutes |

APPEARANCES:

    Plaintiff: Angela M. Munoz and Jordan Sing, Assistant U.S. Attorneys
    Defendant: Jordan S. Kushner, ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

☒ Reading of Indictment Waived
☒ Not Guilty Plea Entered

                                                                        s/ *Holly McLelland*
                                                                        Courtroom Deputy