# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Matthew Lee Rupert,

        Defendant.

**COURT MINUTES**
BEFORE:  Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-cr-104 (NEB/TNL) |
| Date: | September 30, 2020 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | Devitt Courtroom |
| Time Commenced: | 9:24 a.m. |
| Time Concluded: | 12:00 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 2 Hours & 36 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff:  Angela M. Munoz and Jordan L. Sing, Assistant U.S. Attorneys
For Matthew Lee Rupert:  Jordan S. Kushner, CJA

Deft(s). addtl briefs due:  **November 2, 2020**   Govt. addtl briefs due:  **November 23, 2020**

Non-Dispositive motions taken under advisement as of today:  **14, 22, 23, 24, 25, 26, 27, 28, 29**
Dispositive motions taken under advisement as of **11/23/2020**:  **30, 31, 32, 33, 34**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

Reset Hearings:
Voir Dire/Jury Instruction Due Date: **To be determined**
Trial Date: **To be determined** Before: Hon. Nancy E. Brasel  Crtrm: 3A, St. Paul

Additional Information:

The Court heard testimony from Government witness F.M. Stephens.  The Government offered and the Court received Government Exhibits A, B, C, D, E, F, G, and H.

                                                            s/EJB
                                           Signature of Law Clerk