IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# PLEA MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Nancy E. Brasel |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) Case No: | 20-cr-104 (1) (NEB/TNL) |
| | ) Date: | April 7, 2021 |
| MATTHEW LEE RUPERT, | ) Court Reporter: | Erin Drost |
| | ) Courthouse: | NA |
| | ) Courtroom: | Video Conference |
| Defendant. | ) Time Commenced: | 3:30 p.m |
| | ) Time Concluded: | 5:00 p.m. |
| | ) Time in Court: | 1 hour and 30 minutes |

APPEARANCES:
  Plaintiff:    Angela Munoz and Jordan Sing, Assistant US Attorneys
  Defendant:  Jordan Kushner, CJA Appointed Attorney


PROCEEDINGS:
Defendant agreed to proceed by video conference [83].  The hearing was conducted by video conference via  Zoom. The reason for the hearing being conducted by video conference was stated on the record.

CHANGE OF PLEA HEARING:.
    PLEA:
        Guilty as to Count 3 of the Indictment.
        Presentence Investigation and Report requested.
        Defendant remains in custody pending sentencing.

Date: April 7, 2021                                                                                         s/KW
                                                         Signature of Courtroom Deputy to Judge Nancy E. Brasel