LAW OFFICE OF
**JORDAN S. KUSHNER**

TELEPHONE: (612) 288-0545                                                   431 SOUTH 7TH STREET, SUITE 2446
FACSIMILE: (612) 288-0546                                                   MINNEAPOLIS, MINNESOTA 55415
                                                                                                    jskushner@gmail.com

August 5, 2021

**VIA CM/ECF AND EMAIL**

Judge Nancy E. Brasel
United States District Judge
Warren Burger Federal Courthouse, Room 3A
316 North Robert Street
St. Paul, MN  55101

Re: <u>United States v. Matthew Lee Rupert</u>
      Federal Criminal Case No. 20-104 (NEB/TNL)

Dear Judge Brasel:

     I am writing as a follow up to my letter earlier today which raised the possibility of a continuance. I have since had an opportunity to confer with my client who informs me that he wants to proceed with sentencing as scheduled and does not want a continuance.

                                                                    Sincerely,

                                                                    <u>s/Jordan S. Kushner</u>
                                                                    Jordan S. Kushner

cc:     Ms. Angela Munoz and Mr. Jordan Sing (via CM/ECF)
         Mr. Matthew Rupert