# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# EVIDENTIARY HEARING AND SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 20-cr-104 (1) (NEB/TNL) |
| Matthew Lee Rupert (1), | Date: August 10, 2021 |
| | Courthouse: St. Paul |
| | Courtroom: 3A |
| | Court Reporter: Erin Drost |
| | Time Commenced: 1:00 p.m. |
| | Time Concluded: 3:20 p.m. |
| Defendant. | Time in Court: 2 hours and 20 minutes |

Before Nancy E. Brasel, United States District Judge, at Courtroom 3A, St. Paul, Minnesota.
APPEARANCES:

    For Plaintiff:    Jordan Sing and Angela Munoz, Assistant U.S. Attorneys
    For Defendant:    Jordan Kushner, CJA Appointed Attorney

☒ **Evidentiary Hearing.**
   Government Witness: FBI Special Agent Grant Isaacson
   After completion of the evidentiary hearing, the Court will apply the base offense level of 24.
☒ **Sentencing.**
**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 3 | X | 105 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
   ☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 to be paid.
      ☒ Counts 1-2 are dismissed on motion by the Government.
      ☒ ECF No's 101, 102, 103, 104, 105, 106, 108, and 1094 shall remain sealed or restricted by the Clerks Office. They shall remain sealed/restricted until 8/10/31. The Government's position paper (ECF No. 111) may be unsealed.
      ☒ Restitution shall remain open for 90 days. An amended judgment shall be filed if restitution is ordered.
      ☒ Defendant is remanded to the custody of the USM.

Date: August 10, 2021                                            s/KW
                                                                                   Courtroom Deputy to Judge Nancy E. Brasel