IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# CRIMINAL HEARING MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | COURTROOM MINUTES - CRIMINAL |
| | | BEFORE: Nancy E. Brasel |
| Plaintiff, | | U.S. District Judge |
| v. | Case No: | 20-cr-104 (1) (NEB/TNL) |
| | Date: | September 14, 2021 |
| MATTHEW LEE RUPERT, | Court Reporter: | Erin Drost |
| | Courthouse: | NA |
| | Courtroom: | Video Conference |
| Defendant. | Time Commenced: | 10:05 a.m. |
| | Time Concluded: | 10:40 a.m. |
| | Time in Court: | 35 minutes |

APPEARANCES:
  Plaintiff:    Angela Munoz and Jordan Sing, Assistant US Attorneys
  Defendant:    Jordan Kushner, CJA appointed attorney


PROCEEDINGS:
Defendant agreed to proceed by video conference. The hearing was conducted by video conference via Zoom. The reason for the hearing being conducted by video conference was stated on the record.

The Court conducted a hearing on the restitution request by the Government. This matter is under advisement. Order to be filed.


Date: September 14, 2021                                                                                    s/KW
                                                            Signature of Courtroom Deputy to Judge Nancy E. Brasel